IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV329-MU

| | |
|---|---|
| UNITED STATES TRUST COMPANY, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STANFORD GROUP COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon the Defendants' Withdrawal of Notice of Removal and Request for Remand. It appears to the court that the individual Defendants are citizens of North Carolina and therefore there is no complete diversity of citizenship. Accordingly,

IT IS THEREFORE ORDERED that this matter is hereby REMANDED to the Superior Court of Mecklenburg County.

Signed: September 10, 2007

Graham C. Mullen
United States District Judge